**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONH 1601 CS INVESTORS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10932 (CTG)<br><br>(Joint Administration Requested) |

**NOTICE OF ENTRY OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE THAT**, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Wilson Sonsini Goodrich & Rosati, P.C. hereby enters an appearance as counsel for CrowdStreet, Inc. (the "DIP Lender") in the above-captioned proceedings, and requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned counsel as follows:

| | |
|---|---|
| Erin R. Fay, Esq. (No. 5268)<br>Catherine C. Lyons, Esq. (No. 6854)<br>Wilson Sonsini Goodrich & Rosati, P.C.<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 304-7600<br>E-mail: efay@wsgr.com<br>         clyons@wsgr.com | Benjamin Hoch, Esq.<br>Marsha Sukach, Esq.<br>Wilson Sonsini Goodrich & Rosati, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>E-mail:  bhoch@wsgr.com<br>             msukach@wsgr.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specifically mentioned above, but also

---

[1] The last four digits of the Debtors' federal tax identification numbers are 1199 (ONH AFC CS Investors LLC) and 6326 (ONH 1601 CS Investors LLC). The Debtors' mailing address is 3445 Peachtree Street, Suite 1225, Atlanta, GA 30326.

4861-1853-0672.1

includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claim, claims or suits filed in the above-captioned chapter 11 cases shall be deemed or construed as a waiver of any rights of the DIP Lender to (i) have final orders in any non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in these chapter 11 casesor any case, controversy, or proceeding related to these chapter 11 cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which the DIP Lender is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.  This Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: July 14, 2023  
       Wilmington, Delaware

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Erin R. Fay*  
Erin R. Fay (No. 5268)  
Catherine C. Lyons (No. 6854)  
222 Delaware Avenue, Suite 800  
Wilmington, Delaware 19801  
Telephone: (302) 304-7600  
E-mail:  efay@wsgr.com  
            clyons@wsgr.com

- and –

4861-1853-0672.1

Benjamin Hoch (*pro hac vice* admission pending)
Marsha Sukach (*pro hac vice* admission pending)
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
E-mail:  bhoch@wsgr.com
         msukach@wsgr.com

*Counsel for CrowdStreet, Inc.*