**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ONH 1601 CS INVESTORS, LLC, *et al.,*<br><br>Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 23-10932 (CTG)<br><br>(Joint Administration Requested) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Benjamin Hoch, Esq., of Wilson Sonsini Goodrich & Rosati, P.C., 1301 Avenue of the Americas, 40th Floor, New York, New York 10019, to represent CrowdStreet, Inc. in the above-captioned proceedings.

Dated: July 14, 2023        */s/ Catherine C. Lyons*
                            Catherine C. Lyons (No. 6854)
                            Wilson Sonsini Goodrich & Rosati, P.C.
                            222 Delaware Avenue, Suite 800
                            Wilmington, Delaware 19801
                            Telephone: (302) 304-7600
                            E-mail: clyons@wsgr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

4883-6523-9664.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and am admitted to practice before the United States District Court for the Southern District of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: July 14, 2023    */s/ Benjamin Hoch*
            Benjamin Hoch, Esq.
            Wilson Sonsini Goodrich & Rosati, P.C.
            1301 Avenue of the Americas, 40th Floor
            New York, NY 10019
            Telephone: (212) 999-5800
            Facsimile: (212) 999-5899
            E-mail:  bhoch@wsgr.com